UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: BATHRICK, CHANDLER § Case No. 09-04574
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 01 /06 / 2012 at 2:00 p.m. in Courtroom B, Park City Court House 301 Greenleaf Ave Park City, Illinois 60085-5725.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/04/2011               By:    /s/ Ilene F. Goldstein
                                              Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: BATHRICK, CHANDLER | § | Case No. 09-04574 |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 30,001.52 |
| *and approved disbursements of* | $ | 5,705.11 |
| *leaving a balance on hand of* [1] | $ | 24,296.41 |
| **Balance on hand:** | **$** | **24,296.41** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 24,296.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,750.13 | 0.00 | 3,750.13 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 9,457.50 | 5,557.50 | 3,900.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 178.36 | 72.60 | 105.76 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 906.50 | 0.00 | 906.50 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 80.00 | 0.00 | 80.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 8,742.39 |
| Remaining balance: | $ | 15,554.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 15,554.02 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,491.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury-IRS | 3,491.00 | 0.00 | 3,491.00 |

| | Total to be paid for priority claims: | $ | 3,491.00 |
|---|---|---|---|
| | Remaining balance: | $ | 12,063.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,519,172.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA NA | 9,709.57 | 0.00 | 21.23 |
| 3 | Chase Bank USA NA | 19,979.33 | 0.00 | 43.67 |
| 4 | American Express Centurion Bank | 2,631.30 | 0.00 | 5.75 |
| 5 | IFA 111 88th Avenue LLC | 491,438.00 | 0.00 | 1,074.11 |
| 6 | Park Bank | 4,995,414.03 | 0.00 | 10,918.26 |

| | Total to be paid for timely general unsecured claims: | $ | 12,063.02 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 09-04574-ABG
Chandler Bathrick                                                               Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: tmaurer              Page 1 of 3              Date Rcvd: Nov 29, 2011
                               Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2011.
```
db              Chandler Bathrick,    28226 N Garfield Rd,    Wauconda, IL 60084
13523611       +AMEX,   c/o Beckett & Lee,    PO Box 3001,    Malvern, PA 19355-0701
17183437        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13523612       +Associate Area Counsel, SB/SE,    200 West Adams Street,    Ste. 2300,    Chicago, IL 60606-5231
13523613      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    c/o Tsys Debt Management,    P.O. Box 5155,
                 Norcross, GA 30091)
13523614       +Chase,   Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
13523615       +Chase,   PO Box 100018,    Kennesaw, GA 30156-9204
16992686        Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13523616       +Citi,   Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
13523617       +D. Patrick Mullarkey, Tax Division,    PO Box 55,    Ben Franklin Station,
                 Washington, DC 20044-0055
13523621        Department of the Treasury-IRS,    Internal Revenue Service,    POBox 7346,
                 Philadelphia PA 19101-7346
13523618       +European Motor Works, LLC,    10421 Shelter Grove,    Eden Prairie, MN 55347-4858
13523619      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
17290705       +IFA 111 88th Avenue LLC,    John Chen/Gerald B Lurie,    chen Nelson Roberts Ltd,
                 203 North LaSalle Street 15th Floor,    Chicago, IL 60601-1228
13523620      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
13523622      #+Joseph Fenzel,    757 N. Broadway, Ste. 300,    Milwaukee, WI 53202-3645
13523623       +Keybank NA,   Attn: Bankruptcy,    PO Box 94968,    Cleveland, OH 44101-4968
13523624       +Monnet Bathrick,    34 Graystone,    Barrington, IL 60010-6957
13523625       +Park Bank,   Park Bank c/o Mr Donald A Morell,    Vice President,
                 20300 Water Tower Blvd Suite 100,    Brookfield, WI 53045-3574
13523626       +Shepherd, Finkelman, Miller & Shah,    111 E. Wisconsin Ave., Ste. 1750,
                 Milwaukee, WI 53202-4867
13523627      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
13523628       +Unvl/Citi,   Attn: Centralized Bankruptcy,    P.O. Box 20507,    Kansas City, MO 64195-0507
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: tmaurer              Page 2 of 3              Date Rcvd: Nov 29, 2011
                               Form ID: pdf006            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**                                **Signature:**    /s/ Joseph Speetjens

```
District/off: 0752-1          User: tmaurer              Page 3 of 3                  Date Rcvd: Nov 29, 2011
                              Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2011 at the address(es) listed below:

          David P Leibowitz   on behalf of Creditor  European Motor Works, LLC dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
          Ilene F Goldstein   on behalf of Trustee Ilene Goldstein ifgolds@aol.com,  il35@ecfcbis.com
          Ilene F Goldstein   ifgolds@aol.com,  IL35@ecfcbis.com
          John  Chen   on behalf of Creditor  IFA III 88th Avenue LLC jchen@chennelsonroberts.com
          Konstantine T. Sparagis   on behalf of Debtor Chandler Bathrick gsparagi@yahoo.com,
           mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
           ester@msn.com;gus@bestclientinc.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Timothy H. Spruce   on behalf of Defendant Chandler Bathrick tim@atbankruptcy.com,
           yrodriguez@financialrelief.com;josefina@financialrelief.com;ana@financialrelief.com
                                                                                                                                    TOTAL: 7