# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BATHRICK, CHANDLER          § Case No. 09-04574
                                   §
                                   §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $223,500.00 *(without deducting any secured claims)* | Assets Exempt: $141,000.00 |
| Total Distribution to Claimants: $15,554.45 | Claims Discharged Without Payment: $5,507,108.78 |
| Total Expenses of Administration: $14,447.50 | |

3) Total gross receipts of $ 30,001.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,001.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,447.50 | 14,447.50 | 14,447.50 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,491.00 | 3,491.00 | 3,491.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 5,519,172.23 | 5,519,172.23 | 12,063.45 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,537,110.73 | $5,537,110.73 | $30,001.95 |

4) This case was originally filed under Chapter 7 on February 13, 2009. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2012      By: /s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Club membership for Wynstone Country Club in Flo | 1129-000 | 30,000.00 |
| Interest Income | 1270-000 | 1.95 |
| **TOTAL GROSS RECEIPTS** | | **$30,001.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,750.13 | 3,750.13 | 3,750.13 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 9,457.50 | 9,457.50 | 9,457.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 178.36 | 178.36 | 178.36 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 906.50 | 906.50 | 906.50 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 80.00 | 80.00 | 80.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.75 | 56.75 | 56.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | -31.75 | -31.75 | -31.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.01 | 50.01 | 50.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 14,447.50 | 14,447.50 | 14,447.50 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury-IRS | 5800-000 | N/A | 3,491.00 | 3,491.00 | 3,491.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 3,491.00 | 3,491.00 | 3,491.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA NA | 7100-000 | N/A | 9,709.57 | 9,709.57 | 21.23 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 19,979.33 | 19,979.33 | 43.67 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 2,631.30 | 2,631.30 | 5.75 |
| 5 | IFA 111 88th Avenue LLC | 7100-000 | N/A | 491,438.00 | 491,438.00 | 1,074.15 |
| 6 | Park Bank | 7100-000 | N/A | 4,995,414.03 | 4,995,414.03 | 10,918.65 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 5,519,172.23 | 5,519,172.23 | 12,063.45 |

**UST Form 101-7-TDR (10/1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-04574 | Trustee: | (330290) | ILENE F. GOLDSTEIN |
| --- | --- | --- | --- | --- |
| Case Name: | BATHRICK, CHANDLER | Filed (f) or Converted (c): | 02/13/09 (f) | |
| | | §341(a) Meeting Date: | 03/16/09 | |
| Period Ending: | 05/14/12 | Claims Bar Date: | 05/25/11 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | (4) Checking Accounts with 5th 3rd Bank<br>    (4) Checking Accounts with 5th 3rd Bank | 1,435.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Northern Trust<br>    Checking Account at Northern Trust | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Club membership for Wynstone Country Club in Flo<br>    Club membership for Wynstone Country Club in Florida | 35,000.00 | 35,000.00 | | 30,000.00 | FA |
| 4 | Miscellaneous Household Goods<br>    Miscellaneous Household Goods | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 5 | Miscellaneous Collectibles<br>    Miscellaneous Collectibles | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous Clothing<br>    Miscellaneous Clothing | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous Costume Jewelry<br>    Miscellaneous Costume Jewelry | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term-life insurance through employer, no cash va<br>    Term-life insurance through employer, no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Whole-life policy with<br>    Whole-life policy with | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401k plan through former Employer<br>    401k plan through former Employer | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Sailfish LLC (company owns Ameritrade account wi<br>    Sailfish LLC (company owns Ameritrade account with estimated value of $520,000 that is pledged as secuirty to Park Bank) | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | HSP Acquisition Corp<br>    HSP Acquisition Corp | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | AIW Holdings Ltd.<br>    AIW Holdings Ltd. | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | CEB Enterprises<br>    CEB Enterprises | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Bathrick Family Limited Partnership<br>    Bathrick Family Limited Partnership | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Hubbell Special Products, Inc.<br>    Hubbell Special Products, Inc. | Unknown | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-04574  
Case Name: BATHRICK, CHANDLER  

Period Ending: 05/14/12

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 02/13/09 (f)  
§341(a) Meeting Date: 03/16/09  
Claims Bar Date: 05/25/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Sizhou Hubbell Electronics, Co.<br>Sizhou Hubbell Electronics, Co. | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | '93 Harley Davidson FXSTS<br>'93 Harley Davidson FXSTS; vehicle disassembled and inoperable, needs substantial work to bring it to roadworthy condition. | 15,000.00 | 5,100.00 | DA | 0.00 | FA |
| 19 | '66 AC Cobra replica vehicle<br>'66 AC Cobra replica vehicle; vehicle purchased 20 years ago and is base level replica built with lower end older components, car is inoperable and needs repairs | 10,500.00 | 10,500.00 | DA | 0.00 | FA |
| 20 | '02 Harley Davidson MC<br>'02 Harley Davidson MC; vehicle in fair condition with 38,000 miles and is operable | 10,500.00 | 1,435.00 | DA | 0.00 | FA |
| 21 | '96 21' Wellcraft<br>'96 21' Wellcraft; there is a potential storage lien and the debtor believes that the boat has been sold to cover the storage lien | 3,500.00 | 3,176.00 | DA | 0.00 | FA |
| 22 | Bathrick v. Park Bank (various tort and contract<br>Bathrick v. Park Bank (various tort and contract claims) Counsel withdrew | Unknown | 0.00 | DA | 0.00 | FA |
| 23 | Jefferson Pilot<br>Jefferson Pilot related to above asset which counsel withdrew . | 45,000.00 | 45,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.95 | FA |
| 24 | Assets Totals (Excluding unknown values) | $259,935.00 | $104,211.00 | | $30,001.95 | $0.00 |

**Major Activities Affecting Case Closing:**

    Status: FINAL REPORT FILED; FUNDS DISBURSED. DISBURSEMENT MADE ON JANUARY 7, 2012. STILL WAITING FOR CHECKS TO CLEAR AND WAITING FOR ZERO BANK STATEMENT. FINAL ACCOUNT WILL BE FILED WITHIN THE NEXT 90 DAYS

**Initial Projected Date Of Final Report (TFR):** December 31, 2010       **Current Projected Date Of Final Report (TFR):** December 31, 2011 (Actual)

Printed: 05/14/2012 11:45 AM    V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 09-04574  
Case Name: BATHRICK, CHANDLER  
Taxpayer ID #: **-***3531  
Period Ending: 05/14/12  

Trustee: ILENE F. GOLDSTEIN (330290)  
Bank Name: The Bank of New York Mellon  
Account: 9200-******70-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/11 | {3} | Wynstone Golf Club | Sale of personal property | 1129-000 | 30,000.00 | | 30,000.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 30,000.12 |
| 04/05/11 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 5,557.50 | 24,442.62 |
| 04/05/11 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 72.60 | 24,370.02 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,370.22 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,370.42 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,370.62 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,370.82 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,371.02 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.75 | 24,314.27 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -31.75 | 24,346.02 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,346.22 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.01 | 24,296.21 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,296.41 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 24,296.60 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,296.80 |
| 01/07/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 24,296.84 |
| 01/07/12 | | To Account #9200******7066 | TRANSFER TO CHECKING | 9999-000 | | 24,296.84 | 0.00 |
| | | | ACCOUNT TOTALS | | 30,001.95 | 30,001.95 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,296.84 | |
| | | | **Subtotal** | | 30,001.95 | 5,705.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,001.95** | **$5,705.11** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 05/14/2012 11:45 AM　V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-04574 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | BATHRICK, CHANDLER | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******70-66 - Checking Account |
| Taxpayer ID #: | **-***3531 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/14/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/12 | | From Account #9200******7065 | TRANSFER TO CHECKING | 9999-000 | 24,296.84 | | 24,296.84 |
| 01/07/12 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $9,457.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,900.00 | 20,396.84 |
| 01/07/12 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $178.36, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 105.76 | 20,291.08 |
| 01/07/12 | 103 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,750.13, Trustee Compensation; Reference: Stopped on 04/23/12 | 2100-000 | | 3,750.13 | 16,540.95 |
| 01/07/12 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $906.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 906.50 | 15,634.45 |
| 01/07/12 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $80.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 80.00 | 15,554.45 |
| 01/07/12 | 106 | Department of the Treasury-IRS | Dividend paid 100.00% on $3,491.00; Claim# 1; Filed: $3,491.00; Reference: | 5800-000 | | 3,491.00 | 12,063.45 |
| 01/07/12 | 107 | Chase Bank USA NA | Dividend paid 0.21% on $9,709.57; Claim# 2; Filed: $9,709.57; Reference: | 7100-000 | | 21.23 | 12,042.22 |
| 01/07/12 | 108 | Chase Bank USA NA | Dividend paid 0.21% on $19,979.33; Claim# 3; Filed: $19,979.33; Reference: | 7100-000 | | 43.67 | 11,998.55 |
| 01/07/12 | 109 | American Express Centurion Bank | Dividend paid 0.21% on $2,631.30; Claim# 4; Filed: $2,631.30; Reference: | 7100-000 | | 5.75 | 11,992.80 |
| 01/07/12 | 110 | IFA 111 88th Avenue LLC | Dividend paid 0.21% on $491,438.00; Claim# 5; Filed: $491,438.00; Reference: | 7100-000 | | 1,074.15 | 10,918.65 |
| 01/07/12 | 111 | Park Bank | Dividend paid 0.21% on $4,995,414.03; Claim# 6; Filed: $4,995,414.03; Reference: | 7100-000 | | 10,918.65 | 0.00 |
| 04/23/12 | 103 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,750.13, Trustee Compensation; Reference: Stopped: check issued on 01/07/12 | 2100-000 | | -3,750.13 | 3,750.13 |
| 04/23/12 | 112 | ILENE F. GOLDSTEIN | Trustee Compensation | 2100-000 | | 3,750.13 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,296.84 | 24,296.84 | $0.00 |
| | | | Less: Bank Transfers | | 24,296.84 | 0.00 | |
| | | | Subtotal | | 0.00 | 24,296.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $24,296.84 | |

{} Asset reference(s)

Printed: 05/14/2012 11:45 AM   V.12.57

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-04574 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | BATHRICK, CHANDLER | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******70-66 - Checking Account |
| Taxpayer ID #: | **-***3531 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/14/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  30,001.95
――――――――
Net Estate :  $30,001.95

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******70-65 | 30,001.95 | 5,705.11 | 0.00 |
| Checking # 9200-******70-66 | 0.00 | 24,296.84 | 0.00 |
| | $30,001.95 | $30,001.95 | $0.00 |

{} Asset reference(s)

Printed: 05/14/2012 11:45 AM    V.12.57